LAW LIBRARY

NO. 29842

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

JEAN R. KIKUMOTO CLERK APPELLATE COURTS STATE OF HAWAII

2010 JUL 22 AM 8:54

FILED

STATE OF HAWAI'I,
Petitioner/Plaintiff-Appellant,

vs.

MARWAN TIMOTHY SAAD JACKSON,
Respondent/Defendant-Appellee.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CR. NO. 06-1-0045)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Acoba, J., for the court[1]; and
Recktenwald, J., for the dissent[2])

The Application for Writ of Certiorari filed on June 7, 2010 by Petitioner/Plaintiff-Appellant State of Hawai'i is hereby rejected.

DATED: Honolulu, Hawai'i, July 22, 2010.

FOR THE COURT:

Associate Justice

APPELLATE COURTS SEAL STATE OF HAWAII

M. Kanani Laubach, Deputy
Prosecuting Attorney, County
of Hawai'i, on the application
for petitioner/plaintiff-appellant.

---

[1]    The majority: Acoba, and Duffy, JJ., and Circuit Judge Crandall, in place of Moon, C.J., recused.

[2]    The dissent: Nakayama, Acting C.J. and Recktenwald, J.